1  DANIEL BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Staff Attorney/Misdemeanor Unit
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorneys for Defendant
   KRISTA R. ROBERTS

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  Mag. 09-00011-GGH
                                    )
11              Plaintiff,          )  STIPULATION AND ORDER TO VACATE
                                    )  COURT TRIAL AND SET FOR A CHANGE
12     v.                           )  OF PLEA HEARING
                                    )
13 KRISTA R. ROBERTS,               )  Date:  May 28, 2009
                                    )  Time:   2:00 p.m.
14              Defendant.          )  Judge: Hon. Gregory G. Hollows
   _____ )

15

16

17

18       The United States, through its counsel, Matthew C. Stegman,

19 Assistant United States Attorney, and Michael Petrik, Jr., attorney for

20 KRISTA R. ROBERTS stipulate and request that the Court vacate the court

21 trial set for May 6, 2009, at 9:00 a.m., and set this case for a change

22 of plea hearing on May 28, 2009, at 2:00 p.m.

23 / / /

24 / / /

25 / / /

26 / / /

27

28 STIPULATION AND [PROPOSED ORDER]          1

1        This continuance will allow the defendant to appear for change of

2    plea on the new scheduled date and time.

3    Dated: April 8, 2009                  Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                     Federal Defender

5                                         /s/ M.Petrik

6                                         _____
                                     MICHAEL PETRIK, JR.

7                                         Staff Attorney/Misdemeanor Unit

8

9    Dated: April 8, 2009                  LAWRENCE G. BROWN
                                     Acting United States Attorney

10

11                                        /s/ Matthew Stegman

12                                        _____
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney

13

14                                **O R D E R**

15

16   IT IS SO ORDERED.

17

18   Dated: April 17, 2009             /s/ Gregory G. Hollows
                                United States Magistrate Court

19   roberts11.ord

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED ORDER]       2